UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Long Yang, Civil File No. 01-1822(MJD/AJB)

Petitioner,

v. **ORDER**

United States I.N.S.,

Respondent.

---

This matter is before the Court upon Petitioner Long Yang's objections to United States Magistrate Judge Arthur J. Boylan's Report and Recommendation dated October 15, 2001. Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Petitioner is currently serving his sentence at the Federal Medical Center in Rochester, Minnesota. According to the limited factual record, it appears that Petitioner is from Laos, but his current legal status in the United States is not clear. Petitioner seeks habeas relief from a detainer that the United States Immigration and Naturalization Service has filed against him. Yang's claim fails, however, because he is not yet in the custody of the INS. Campillo v. Sullivan, 853 F.2d 593, 595 (8th Cir. 1988). Indeed, "[t]he filing of an INS detainer, standing alone, does not cause a sentenced offender to come within the custody of the INS for purposes of a petition for a writ of habeas corpus." Id. (citation omitted). For these reasons, the Court ADOPTS the Report and Recommendation (Clerk Doc. No. 2).

FILED NOV 1 4 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Accordingly, **IT IS HEREBY ORDERED** that Petitioner's application for a Writ of Habeas Corpus (Clerk Doc. No. 1) is summarily **DISMISSED**.

Dated: Nov. 14, 2001

Michael J. Davis
United States District Court Judge